# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2013

### NO. 03-12-00703-CV

**Mabel Sustaita, Appellant**

**v.**

**San Angelo Independent School District and Carol Ann Bonds, Superintendent, Appellees**

**APPEAL FROM 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for the clerk's record; has not submitted a status report regarding this appeal and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.